CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>HERITAGE AUCTIONS, INC. PRESS, et al.,<br><br>                Defendants. | Case Number CV 18-00214-CAS-SK<br><br>**Hon. Christina A. Snyder**<br><br>**[PROPOSED] ORDER** |

Based upon the stipulation of the parties, with good cause shown, IT IS HEREBY ORDERED that this entire case is now dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated:   June 13, 2018

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

DMEAST #34037945 v3